# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA | : | No. 66 EM 2021 |
| | : | |
| v. | : | |
| | : | |
| GRIFFIN CAMPBELL | : | |
| | : | |
| PETITION OF:  GEORGE HENRY NEWMAN, ESQUIRE | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 15th day of December, 2021, in consideration of the Application to Withdraw as Counsel, this matter is REMANDED to the Court of Common Pleas of Philadelphia County for that court to determine whether Griffin Campbell's present counsel should be permitted to withdraw, as well as any related questions, including whether to appoint new counsel for Griffin Campbell.

The Court of Common Pleas of Philadelphia County is ORDERED to enter its order regarding this remand within 90 days and to notify this Court promptly of its determination.